### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERMAINE MOORE**<br><br>    **v.**<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 14-133** |

## O R D E R

**AND NOW,** this 5ᵗʰ day of March, 2014, for the reasons stated in the foregoing

Memorandum, the Motion to Dismiss by John Delaney and Louis Giolra is **GRANTED** with

prejudice.

                        **BY THE COURT:**


                        **/s/ Michael M. Baylson**

                        _____
                        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-133 moore v. cty phila\14cv133.order.3.5.14.docx