**RANIA MAJOR, P.C.**
Rania M. Major, Esquire
2915 North 5th Street
Philadelphia, PA 19133
Atty. Id. #51298
(215) 291-5009                                              ATTORNEYS FOR PLAINTIFF

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE MOORE | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 14-cv-0133 |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

### STIPULATION

AND NOW this _____ day of _____, 2015 by and through counsel

Rania M. Major, Esquire, counsel for the Plaintiff, and Dmitrios Mavroudis, Assistant

City Solicitor for the Defendants, it is hereby agreed that the parties are concurring to

grant Defendant's summary judgment Motion as to Defendant, City of Philadelphia,

Donovan Bynum, Daisy Ortiz, James Palmer, III and Enrique Marin **only.**

Furthermore, it is represented by the counsel for the City of Philadelphia,

Dmitrios Mavroudis, Esquire, that the herein defendants were not involved in the actual

incident involving the Plaintiff, although at least one may have been a witness, and

therefore, at no point will any remaining Defendant raise the issue of failure to join

indispensable parties as a defense to the action, once the named defendants herein are

dismissed from the action.

_____          _____
DMITRIOS MAVROUDIS, ESQUIRE              RANIA M. MAJOR, ESQUIRE
City of Philadelphia
1515 Arch Street
14th Floor
Philadelphia, PA 19102

DATE: _____                    DATE: _____