IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE MOORE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 14-133 |
| | : | |
| CITY OF PHILADELPHIA, et. al. | : | |

**PLAINTIFF'S PRETRIAL MEMORANDUM**

Plaintiff, Jermaine Moore, hereby submits the following Pretrial Memorandum. Plaintiff reserves the right to amend and/or supplement this Pretrial memorandum prior to trial.

**I.  BRIEF STATEMENT OF ACTION AND JURISDICTION**

Plaintiff asserts civil rights claims pursuant to 42 U.S.C. Section 1983 for violations of his civil rights under the United States Constitution, cruel and unusual punishment under the Eighth Amendment and various state law claims. Jurisdiction is based upon 28 U.S.C. sections 1331 and 1343.

**II.  BRIEF STASTEMENT OF THE FACTS**

On April 14, 2011, when the plaintiff was being admitted into CFCF, he was assaulted and battered by the correctional officer defendants. The defendants used excessive force against the plaintiff who had just wanted to go to the bathroom.

The plaintiff was subject to excessive force and received injuries to his left eye, face and right shoulder. As a result thereof, the plaintiff also suffered severe emotional trauma and was deprived of his rights and liberties.

**III.  WITNESSES**

    A.  **Liability Witnesses**

        1.  Plaintiff, Jermaine Moore

2. Defendant, Jason Grundy

3. Defendant, Michael Capers

4. Defendant, Carlos White

5. Defendant, Majovie Billups

6. Correctional Officer Enrique Marin

7. Correctional Officer Daisy Ortiz

8. Correctional Officer Nadira Harris

9. Correctional Officer Marvin Luckey

10. Correctional Officer Josette Brittingham

11. Correctional Officer Donovan Bynum

12. Correctional Officer Robert Farrell, Jr.

13. Correctional Officer Sasha James

14. Correctional Officer James Palmer

15. Correctional Officer Sergeant Keisha Reynolds

16. Correctional Officer Lieutenant James Hamilton

17. Correctional Officer Donald Haslam

18. Northeast Detective Sean Welsh

19. DHO Ruhland

Plaintiff reserves the right to further supplement this list.

B. **DAMAGE WITNESSES**

1. Plaintiff, Jermaine Moore

2. Prison Health and its Designee(s)

3. Wills Eye Hospital Custodian of Records

4. Doctor designated by Wills Eye Hospital

5. Dr. Bakhelet, Wills Eye Hospital

6. Dr. Tibbets, Wills Eye Hospital

7. Any of the defendants as necessary

8. DHO Ruhland

Plaintiff reserves the right to further supplement this list.

IV. **PLAINTIFF'S TRIAL EXHIBITS**

1. Photos of Plaintiff post-incident

2. Complaint filed by Plaintiff

3. Inmate Grievance

4. Video

5. Misconduct Report

6. Inmate Housing Information

7. Inmate Account of "Involvement in Use of Force Incident Form

8. Sick Call Request

9. Nadira Harris Mugshot and Memo

10. Daisy Ortiz Mugshot and Memo

11. Josette Brittingham Mugshot

12. Donovan Bynum Mugshot

13. Robert Fuller Mugshot

14. Sasha James Mugshot

15. Enrique Marin Mugshot

16. James Palmer, III Mugshot

17. James Grundy Mugshot, Narrative of Inmate Misconduct (2), Report of Use of Force, Hearing Testimony, Misconduct Disposition, Hearing Testimony Summary

18. Disciplinary Sheet and Hearing Forms

19. Michael Capers Mugshot and Report of Use of Force

20. Majovie Billups Mugshot and Report of Use of Force

21. Carlos White Mugshot and Report of Use of Force

22. Marvin Luckey Memorandum

23. CFCF Roster for April 14, 2011

24. Sgt. Keisha Reynolds Memorandum

25. Correctional Officer Donald Haslam Memorandum

26. Correctional Officer Robert Farrell

27. James Hamilton Summary Report Regarding The Use of Force

28. Memo 4/29/11 pertaining to Video

29. Police Reports Detective Welsh

30. Investigation Report by Lt. Hamilton

31. Special Management Forms

32. Inmate Segregation and Housing Forms

33. Inmate Disciplinary Record

34. Prison Medical Records including the Wills Eye Records

35. Wills Eye Records

Plaintiff reserves the right to further supplement or modify this list. Note: Depositions of the Defendants and/or defense witnesses will and/or may be used for impeachment or admission purposes.

## V.    DEPOSITION DESIGNATIONS

Plaintiff intends on using the deposition transcripts of the defendants for purposes of impeachment or admissions only unless there are any stipulations with counsel.

## VI.    ESTIMATED TRIAL TIME

Plaintiff estimates two days for the presentation of his case in chief.


                                                           */s/ Rania M. Major, Esquire*
                                                          Rania M. Major, Esquire
                                                          Attorney for Plaintiff
                                                          Attorney ID# 51298
                                                          2915 North 5th Street
                                                          Philadelphia, PA  19133
                                                           (215) 291-5009